IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:26-cr-2 |
| | ) | |
| v. | ) | 18 U.S.C. § 2252A(a)(2)(A) |
| | ) | Distribution of Child Pornography |
| RANDON ALEXANDER SPRINKLE, | ) | (Count One) |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | Forfeiture Allegation |

## INDICTMENT

January 2026 Term — At Richmond, Virginia.

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Distribution of Child Pornography)

On or about May 22, 2025, in the Eastern District of Virginia, the defendant, RANDON ALEXANDER SPRINKLE, did unlawfully and knowingly distribute child pornography that has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, to wit: one video file depicting a child engaging in sexually explicit conduct, including but not limited to actual and simulated intercourse.

(All in violation of Title 18, United States Code, Section 2252A(2)(A).)

### FORFEITURE ALLEGATION

Pursuant to Rule 32.2 of the Fed. R. Crim. P., the defendant, RANDON ALEXANDER SPRINKLE is notified that if convicted of the violation alleged in Count One he shall forfeit to the United States his interest in any visual depiction produced, transported, mailed, shipped, or received in violation of Title 18, United States Code,

Sections 2251 *et seq.*, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses, as well as, any property, real or personal, used or intended to be used to commit or promote the commission of such offenses or any property traceable to such property.

(In accordance with Title 18, United States Code, Section 2253.)

A TRUE BILL:

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

LINDSEY HALLIGAN
United States Attorney and Special Attorney

TODD W. BLANCHE
Deputy Attorney General

ROBERT K. MCBRIDE
First Assistant United States Attorney

By: _____
Ellen H. Theisen
Heather H. Mansfield
Assistant United States Attorneys