GRAND JURY RETURNS - RICHMOND DIVISION

Date 1/6/26    Judge Colombell, USMJ    Counsel for Govt Ellen Theisen
Grand Jury Panel # 25-1    Grand Jury Foreperson (✓)    Court Reporter Faye Lavoye
County Court Reporters

On motion of the Government, granted by the Court, WARRANTS shall be issued as follows:

1. US v Sprinkle
2. US v Israel
3. US v Barnaa
4. US v ___
5. US v ___

On motion of the Government, granted by the Court, WARRANTS as DETAINERS shall be issued as follows:

1. US v ___
2. US v ___
3. US v ___
4. US v ___
5. US v ___

On motion of the Government, SUMMONS shall be issued as follows:

1. US v ___
2. US v ___
3. US v ___
4. US v ___

Returns were made on the following defendants currently in federal custody, no warrant to issue at this time:

1. US v ___
2. US v ___
3. US v ___

Returns were made on the following defendants NO SERVICE requested (make notation as to why):

1. US v ___
2. US v ___

On motion of the Government, granted by the Court, the following indictments shall be transferred to the ___ Division for docketing and trial:

1. US v ___
2. US v ___

Began: 12:17    Ended: 12:21    Time in Court: 4 minutes