FILED
IN OPEN COURT
APR 23 2026
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>RANDON ALEXANDER SPRINKLE,<br>*Defendant*. | Case No. 3:26-cr-2-RCY |

## STATEMENT OF FACTS

The parties stipulate that the allegations in Count One of the Second Amended Indictment and the following facts are true and correct, and that had the matter gone to trial the United States would have proven them beyond a reasonable doubt with credible and admissible evidence.

1. On or about May 22, 2025, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, Randon Alexander SPRINKLE, did unlawfully and knowingly distribute child pornography, as that term is defined at 18 U.S.C. § 2256, that has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, to wit: one video file depicting a child engaging in sexually explicit conduct, including but not limited to actual and simulated intercourse.

2. On May 22, 2025, a Task Force Officer ("TFO") assigned to the Washington Field Office ("WFO") of the Federal Bureau of Investigation ("FBI") was acting in an online undercover ("OCE") capacity as part of the FBI Child Exploitation and Human Trafficking Task Force ("CEHTTF"), operating out of a satellite office in Manassas, Virginia. In that capacity, the OCE was monitoring an online dating application called Jack'd. The OCE maintained a profile on Jack'd that indicated that the OCE was interested in the sexual exploitation of

children. The OCE's profile page indicated that they were a "No limits dad looking for likeminded friends."

3. On May 22, 2025, the OCE was contacted on Jack'd by SPRINKLE, who was using a profile with the display name "Randy," and the OCE and SPRINKLE had the following exchange through the Jack'd application:

SPRINKLE: "Hey how's it going"

OCE: "What's up man"

SPRINKLE: "Just horny af you, telegram?"

OCE: "Let's go Randy, what's your Tele"

SPRINKLE: "hmudmv9, got a face pic btw"

4. On May 22, 2025, at approximately 11:11 a.m., the OCE contacted SPRINKLE on Telegram through a direct message to SPRINKLE's Telegram profile, HMUDMV9. SPRINKLE subsequently started a secret chat via Telegram and told the OCE that he is, "Mostly into Yng, rape, incest you." SPRINKLE asked the OCE if he had any experience and the OCE said, "Got anything pervy so I know you're cool?" SPRINKLE responded, "I have a few vids but not a ton" and then sent a video of a prepubescent boy being penetrated anally by an adult male's erect penis while another adult male penetrated the mouth of the child with an erect penis.

5. SPRINKLE continued to message with the OCE on Telegram. During the conversation, the OCE told SPRINKLE that the OCE has sexually abused his purported nine-year-old son and SPRINKLE expressed an interest in the sexual abuse of the child and told the OCE SPRINKLE's favorite age range for child pornography.

6. On October 16, 2025, FBI Richmond executed a federal search warrant issued in the Eastern District of Virginia at SPRINKLE's residence, located at 415 S Harrison Street,

Richmond, Virginia, 23220 (an address also located within the Eastern District of Virginia). SPRINKLE was present during the execution of the search warrant, and agreed to speak with FBI agents. SPRINKLE told the agents that when the OCE claimed to have had a sexual relationship with his younger son, that was "hot" to SPRINKLE. SPRINKLE added that in other messages the OCE said his son was 9 and SPRINKLE told agents that his response to this information was to ask whether the OCE had had sex with his son yet.

7. Three electronic devices were seized on October 16, 2025, pursuant to the search warrant, and forensically examined. SPRINKLE provided his red iPhone 14 Plus and the phone's passcode to FBI agents. A MacBook laptop with multiple stickers, serial number C02H9467Q6LC, and a Silver Dell XPS laptop with stickers were both found in SPRINKLE's residence. 29 unique images and 14 unique videos of child pornography were found on SPRINKLE's red iPhone 14 Plus. All of these files were cached files. Some of the child pornography files discovered depicted toddler-aged children, as well as children subjected to bondage and discipline, dominance and submission, sadism and masochism ("BDSM"). Two archived files constituting child pornography were found on SPRINKLE's MacBook.

8. This statement of facts includes those facts necessary to support the defendant's plea of guilty to Count One of the second Amended Indictment. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

9. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

TODD W. BLANCHE
Acting Attorney General

Date: 4/23/26 By: [signature]
Ellen H. Theisen
Assistant United States Attorney

After consulting with my attorney, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

Date: 4/23/26

Randon Alexander Sprinkle
Defendant

I am the defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

Date: 4/23/26

Jayonté Johnson
Attorney for Randon Alexander Sprinkle