FILED IN OPEN COURT
APR 23 2026
CLERK, U.S. DISTRICT COURT RICHMOND, VA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

UNITED STATES OF AMERICA,

v. Criminal No. 3:26cr2 (RCY)

RANDON ALEXANDER SPRINKLE,

Defendant.

**SENTENCING PROCEDURES ORDER**

1. The sentencing hearing shall be scheduled no earlier than NINETY (90) DAYS following a finding or verdict of guilt. The Court hereby schedules this case for sentencing on August 26, 2026 at 11:00 am.

2. Counsel for Defendant shall attend any interview of Defendant conducted by the Probation Office in the course of the presentence investigation.

3. The presentence investigation report, including guideline computations, shall be completed and provided to the parties at least THIRTY-FIVE (35) DAYS before the sentencing hearing. This Order shall operate as notice to counsel that the presentence investigation report will be made available by the Probation Office THIRTY-FIVE (35) DAYS before the sentencing hearing. The presentence investigation report shall not be disclosed to persons other than Defendant, unless otherwise ordered by the Court. If a Defendant is detained pending sentencing, the Defendant's attorney should, absent extraordinary circumstances, meet with the Defendant in person to review the PSR. To further the goal of confidentiality of the PSR and protect the Defendant and others from the unauthorized dissemination of its contents, Defendant's attorney shall retain the PSR.

4. At least TWENTY-ONE (21) DAYS prior to the sentencing hearing, the parties must state in writing to the Probation Office and opposing counsel any objections to the presentence investigation report, including objections to material information, sentencing guideline ranges, and policy statements contained in or omitted from the report.

5. Any party objecting to the presentence investigation report must seek resolution of all objections in conference with opposing counsel and the Probation Office as soon as possible, but no later than SEVENTEEN (17) days before the sentencing hearing. The presentence conference is mandatory, except when the contents of the presentence investigation report are not in dispute, and the complaining party shall be responsible for scheduling the conference with the Probation Office and opposing counsel.

6. Counsel for Defendant and the Government shall file sentencing pleadings (as defined in paragraph 7) no later than FOURTEEN (14) DAYS before the sentencing hearing. Responses and replies thereto shall be filed SEVEN (7) and FOUR (4) DAYS, respectively, before the sentencing hearing. Copies shall be provided to the Probation Office on the same schedule.

7. Any party intending to present evidence[1] and/or witness testimony during the sentencing hearing is required to provide an exhibit and/or witness list to the Court THREE (3) business days before sentencing.

8. The sentencing pleadings shall include (1) a statement that there are no objections to the presentence investigation report, if applicable; (2) notice of any objections to the presentence investigation report and any supporting evidence, documents or affidavits; (3) any motion for a departure or variance with legal and factual support for the motion; (4) a brief summary of the anticipated testimony of any expert witness that either side intends to present; (5) a position on

[1] Video evidence should be submitted to the Court no later than one week in advance of the sentencing hearing.

the appropriate sentence; and (6) the legal and factual basis for any forfeiture or restitution sought by the Government if contested by Defendant. The Court shall resolve objections and motions upon the submissions of the parties and will hear testimony only for good cause shown.

9. The Probation Office shall transmit to the sentencing judge the presentence investigation report, including guideline computations and an addendum indicating any unresolved objections, no later than FOURTEEN (14) days before the sentencing hearing.

10. The time periods set forth above may be modified by the Court for good cause shown. Time periods under this Order shall be CALENDAR days. In computing any period of time under this Order, if any deadline falls on a Saturday, Sunday, or legal holiday, the deadline shall be the last business day before the Saturday, Sunday or legal holiday.

It is SO ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: April 23, 2026
Richmond, Virginia

I HEREBY ACKNOWLEDGE RECEIPT OF A COPY OF THE SENTENCING GUIDELINE ORDER.

Counsel for the Defendant* — Date: 4/23/26

Counsel for the Government — Date: 4/23/26

* Counsel for the Defendant shall provide a copy of this Order to Defendant.