DEFENDANT'S EXHIBIT

B

# NORTHERN NECK REGIONAL JAIL

## RECOVERY SUPPORT PROGRAM

THIS CERTIFICATE OF COMPLETION IS AWARDED TO

*Randon Sprinkle*

In recognition of the successful completion of the NNRJ Recovery Support Program

On this 6th day of July 2026

Yerby

Ms. Yerby

Recovery Support Counselor

# Certificate of Achievement

Northern Neck Regional Jail

Adult Education Program

Warsaw, VA

This Certificate is presented to:

**Randon Sprinkle**

In recognition of successfully completing all requirements for the

Center for Financial Responsibility: Personal Financial Literacy Certification

July 30th, 2026

Ms. French
Adult Education Instructor

Aug 12, 2026
Date

# Certificate of Achievement

Northern Neck Regional Jail

Adult Education Program

Warsaw, VA

This Certificate is presented to:

**Randon Sprinkle**

In recognition of successfully completing all requirements for the

Southwest Airlines: Professional Communications Certification

August 7th, 2026

Ms. French — Adult Education Instructor

Aug 12, 2026 — Date

Virginia Cooperative Extension
Virginia Tech • Virginia State University

# Certificate of Completion

presented to

## Randon Sprinkle

for successfully completing Financial Readiness (4 hours)

March 20, 2026

Jasmine Greer
Extension Agent, FCS

VCE-173

Express EMPLOYMENT PROFESSIONALS

# Express Employment Professionals Career Preparedness Certification

## RANDON SPRINKLE 58978

is hereby granted this certification for successfully demonstrating competencies in the areas of career aptitude, education and training analysis, job application techniques, leadership and professional development, and workplace regulations and standards.

**DATE ISSUED: August 13, 2026**

**EXPIRATION DATE: August 13, 2031**

CERTIFICATION ID:019ffc62e18f7bd8a0a4120a84e9f6a5

**Rachel Rudisill**
Vice President of Marketing and Communications
Express Employment Professionals

EXPRESS EMPLOYMENT PROFESSIONALS CERTIFIED