# NORTHERN NECK REGIONAL JAIL

Serving • Richmond Co. • Westmoreland Co. • Northumberland Co. • Town of Warsaw • Gloucester Co.
P. O. Box 1090, 3908 Richmond Road, Warsaw, Virginia 22572
(804) 333-6419 • Fax (804) 333-6029



R. Michelle Lewis
Superintendent

Jonathan B. English
Deputy Superintendent

E. B. Luna
Deputy Superintendent

Amy J. Dameron
Director of Finance & Administration

James W. Barnes
Chief of Intake & Receiving

Captain T. P. Taylor
Chief of Security


**Date:** August 12, 2026

**Subject:** Inmate Sprinkle, Randon – Conduct and Work History

To Whom It May Concern:

I am writing on behalf of Inmate Sprinkle, Randon, who has been housed at Northern Neck Regional Jail for a total of 241 days. During his time in our facility, Mr. Sprinkle has maintained a record of exemplary behavior, with zero incident reports.

Furthermore, he had been employed as a pod worker from, February 4, 2026 – April 8, 2026 and also, May 18, 2026 – June 8, 2026. He then got promoted to kitchen worker, from June 8, 2026 and is currently working. He has performed his duties consistently and responsibly.

Please do not hesitate to contact me if additional information is required.

Respectfully,

James Barnes
Captain
Northern Neck Regional Jail

DEFENDANT'S EXHIBIT
C

*"Never doubt that a small group of thoughtful, committed citizens can change the world. Indeed, it is the only thing that ever has."*
*M Meade*