Eastern District of Virginia | Richmond man indicted for distribution of child sexual abuse material | United States Department of Ju…

DEFENDANT'S EXHIBIT
D

PRESS RELEASE

# Richmond man indicted for distribution of child sexual abuse material

Friday, January 9, 2026

**For Immediate Release**

U.S. Attorney's Office, Eastern District of Virginia

RICHMOND, Va. – A federal grand jury returned an indictment this week charging a Richmond man with distribution of child sexual abuse material (CSAM).

According to court documents, on May 22, 2025, Randon Alexander Sprinkle, 30, allegedly used a dating app to contact another user who purportedly was the father of a nine-year-old son, but in actuality was an undercover FBI agent. Sprinkle immediately invited the user to communicate via the Telegram app. After alluding to a sexual interest in minors, Sprinkle allegedly sent a video depicting two adults sexually abusing a minor. Sprinkle then allegedly expressed his interest in travelling to Washington, D.C., to meet the other user and sexually abuse his purported nine-year-old son.

"The allegations in this case are deeply disturbing and reflect a serious abuse of trust," said Lindsey Halligan, U.S. Attorney for the Eastern District of Virginia. "When someone who has held a professional role in public or political life engages in the sexual exploitation of children, it underscores why no position, title, or resume can shield an offender from accountability. This office will pursue full accountability for those who exploit children, regardless of their background, job, or perceived status."

"One of the most important things FBI Richmond does is protecting children around the world from predators seeking to harm them," said Ian Kaufmann, Special Agent in Charge of the FBI's

Richmond Field Office. "I'm grateful our team and partners intervened to remove Mr. Sprinkle from the streets and ensure he was brought to justice."

On Oct. 16, 2025, FBI agents searched Sprinkle's residence in Richmond and seized two laptop computers and a cellphone. Sprinkle's cellphone allegedly contained 42 CSAM files and one of the laptops contained two additional files. The files included depictions of the abuse of toddlers and an infant.

An arraignment is scheduled for Monday, Jan. 12, in Richmond. If convicted, Sprinkle faces a minimum of five years and up to 20 years in prison. A federal district court judge will determine any sentence after considering the U.S. Sentencing Guidelines and other statutory factors.

Assistant U.S. Attorneys Ellen H. Theisen and Heather H. Mansfield are prosecuting the case.

This case was brought as part of Project Safe Childhood, a nationwide initiative launched in May 2006 by the Department of Justice to combat the growing epidemic of child sexual exploitation and abuse. Led by U.S. Attorney's Offices and the Child Exploitation and Obscenity Section (CEOS), Project Safe Childhood marshals federal, state, and local resources to better locate, apprehend, and prosecute individuals who exploit children via the internet, as well as to identify and rescue victims. For more information about Project Safe Childhood, please visit www.justice.gov/psc.

A copy of this press release is located on the website of the U.S. Attorney's Office for the Eastern District of Virginia. Related court documents and information are located on the website of the District Court for the Eastern District of Virginia or on PACER by searching for Case No. 3:26-cr-2.

*An indictment is merely an accusation. The defendant is presumed innocent until proven guilty.*

**Contact**

USAVAE.Press@usdoj.gov

*Updated January 9, 2026*

**Topic**

**PROJECT SAFE CHILDHOOD**

**Components**

6 NEWS WTVR RICHMOND MENU WATCH NOW

3 WX Alerts Quick Lin

ALERT
Use Interactive Radar to track storms

LOCAL

# Virginia Democratic operative federally indicted for distribution of child sex abuse material



6 NEWS WTVR RICHMOND

WATCH NOW

By: WTVR CBS 6 Web Staff

*Posted 1:15 PM, Jan 09, 2026 and last updated 1:23 PM, Jan 09, 2026*

*WARNING: This story contains material some readers may find disturbing due to its graphic content. Reader discretion is advised.*

RICHMOND, Va. — A Virginia Democratic operative accused of distributing child sex abuse material has been federally indicted, according to a Department of Justice news release.

Randon Alexander Sprinkle, 30, allegedly engaged in conversations with an undercover FBI agent, who he believed was the father of a 9-year-old son, on a dating app in May 2025.

Court documents say Sprinkle invited the user to communicate on the Telegram app.

"After alluding to a sexual interest in minors, Sprinkle allegedly sent a video depicting two adults sexually abusing a minor. Sprinkle then allegedly expressed his interest in travelling to Washington, D.C., to meet the other user and sexually abuse his purported 9-year-old son," the news release says.

FBI agents serached Sprinkle's Richmond home in October, seizing two laptops and a cellphone. Sprinkle's cell phone allegedly contained 42 child pornography files and one of the laptops contained two others.

"The files included depictions of the abuse of toddlers and an infant," the news release says.

CBS 6 first reported Sprinkle's arrest in December, which prompted swift condemnation from elected officials who worked with Sprinkle in various capacities.

“The allegations in this case are deeply disturbing and reflect a serious abuse of trust,” a statement from the U.S. Attorney's Office for the Eastern District of Virginia read. “When someone who has held a professional role in public or political life engages in the sexual exploitation of children, it underscores why no position, title, or resume can shield an offender from accountability. This office will pursue full accountability for those who exploit children, regardless of their background, job, or perceived status.”

Sprinkle will be arraigned in federal court on Monday in Richmond. If he is convicted, he faces a minimum of five and maximum of 20 years in prison.

CBS 6 is working to learn if Sprinkle is still involved with the Democratic Party of Virginia.

***This is a developing story. Email the CBS 6 Newsroom if you have additional information to share.***

**📲: CONNECT WITH US**

**Blue Sky | Facebook | Instagram | X | Threads | TikTok | YouTube**

facebook

Log In

**fredericksburg.com**

January 12 ·

Randon Sprinkle's three-day jury trial will begin March 16.



FREDERICKSBURG.COM

**Democratic political staffer pleads not guilty to distributing child porn**

Like Comment Share

## Recent posts

**fredericksburg.com**

47m ·

Federal civil rights data shows Black students are disciplined at disproportionately high rates. The Trump administration says "racial balancing" is discrimination.

78°

LIVE WRIC+ Watch WRIC+ Ori

We'd like to send you notifications for the latest news and updates.

No Thanks Allow

**WEATHER ALERT**
Flash Flood Warning: Brunswick County, Lu



RICHMOND

# Virginia Democratic official pleads not guilty to distributing child sexual abuse material

by: Sara Molina
Posted: Jan 12, 2026 / 08:42 PM EST
Updated: Jan 12, 2026 / 08:42 PM EST

**SHARE**

RICHMOND, Va. (WRIC) — A Virginia Democratic Party official accused of distributing child sexual abuse material (CSAM) pleaded not guilty on Monday in federal court.

That official, 30-year-old Randon Sprinkle, entered his plea during an arraignment at the Richmond federal courthouse. He is charged with one count of distributing CSAM.

According to the U.S. Department of Justice (DOJ), Sprinkle allegedly messaged an undercover FBI agent on the online dating app Jack'd under the alias "Randy."

Federal officials allege that Sprinkle sent a video depicting two adults sexually abusing a child. He is also accused of expressing an interest in traveling to Washington, D.C., to meet another user and sexually abuse that person's son.

Grand jury indicts Richmond man on child sex crimes

77°
Richmond, VA

≡ Watch Live News 24/7 First Alert Weather On Your Side 12 About Town

Flash Flood Warning Is In Effect ×

# Grand jury indicts Richmond man on child sex crimes

Randon Alexander Sprinkle, 30, allegedly used a dating app to get connected to who he thought was a fathe, but actually was an undercover FBI agent.

By 12 On Your Side Digital Team
*Published: Jan. 9, 2026 at 2:56 PM EST | Updated: Jan. 9, 2026 at 3:18 PM EST*

Share
Add Us On Google

RICHMOND, Va. (WWBT) -A Richmond man, allegedly well known in political spheres in the city, has been indicted with distribution of child sexual abuse material (CSAM).

According to court documents, on May 22, 2025, Randon Alexander Sprinkle, 30, allegedly used a dating app to get connected to who he thought was the father of a nine-year-old son, but actually was an undercover FBI agent.

Sprinkle immediately invited the undercover agent to chat via Telegram, a news release from the Department of Justice says.

“After alluding to a sexual interest in minors, Sprinkle allegedly sent a video depicting two adults sexually abusing a minor. Sprinkle then allegedly expressed his interest in travelling to Washington, D.C., to meet the other user and sexually abuse his purported 9-year-old son,” the news release says.

On Oct. 16, 2025, FBI agents searched Sprinkle’s home in Richmond and seized two laptops and a cellphone.

Sprinkle’s cellphone allegedly contained 42 child sexual abuse files and one of the laptops contained two additional files. The files included depictions of the abuse of toddlers and an infant.

“The allegations in this case are deeply disturbing and reflect a serious abuse of trust,” said Lindsey Halligan, U.S. Attorney for the Eastern District of Virginia. “When someone who has held a professional role in public or political life engages in the sexual exploitation of children, it underscores why no position, title, or resume can shield an offender from accountability. This office will pursue full accountability for those who exploit children, regardless of their background, job, or perceived status.”

An arraignment is scheduled for Monday, Jan. 12, in Richmond.

If convicted, Sprinkle faces a minimum of five years and up to 20 years in prison.

*Copyright 2026 WWBT. All rights reserved.*

## Most Read

**What does a Super El Niño mean for Winter in Virginia?**

