IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RANDON ALEXANDER SPRINKLE,<br><br>Defendant. | Case No. 3:26-cr-2-RCY |

**MOTION PURSUANT TO U.S.S.G. § 3E1.1(b)**

The United States of America, through undersigned counsel, moves this Court pursuant to U.S.S.G. § 3E1.1(b) to grant an additional one-level reduction in the defendant's offense level for acceptance of responsibility. The Government states that the defendant has assisted authorities in the investigation and prosecution of his own misconduct by timely notifying the United States of the defendant's intention to enter a plea of guilty, thereby permitting the United States to avoid preparing for trial and permitting the United States and the Court to allocate their resources efficiently.

Respectfully submitted,

TODD W. BLANCHE
Attorney General

THEOPHANI K. STAMOS
First Assistant United States Attorney

By: ______/s/___________________
Ellen H. Theisen
Assistant United States Attorney
Virginia Bar Number 94806
Office of the United States Attorney
919 East Main Street, Suite 1900

Richmond, Virginia 23219
Phone: 804-819-5400
Fax: 804-771-2316
Ellen.Hubbard.Theisen@usdoj.gov